**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| TERESA TOPE, | Case No.: 2:18-cv-00504-GCS-CMV |
| Plaintiffs, | |
| v. | Judge George C. Smith |
| CAPITAL ONE BANK (USA) N.A., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

Plaintiff TERESA TOPE notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Respectfully submitted the 3rd day of June 2019.

By: */s/ Peter Cozmyk*
Peter Cozmyk
COZMYK LAW OFFICES, LLC
6100 Oak Tree Blvd., Ste. 200;
Independence, OH 44131
P: (877) 570-4440;
F: (216) 485-2125;
E: Pcozmyk@cozmyklaw.com
Attorney for Plaintiff, TERESA TOPE

- 1 -

## **CERTIFICATE OF SERVICE**

I certify that on June 3, 2019 I filed Plaintiff TERESA TOPE's Notice of Settlement using the CM/ECF system, which will provide notice to the following:

Jeremy R. Teaberry
BALLARD SSPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
T: (215) 864-8370
F: (215) 864-8999
E: teaberryj@ballardspahr.com
ATTORNEY TO BE NOTICED

                                                    By: */s/ Peter Cozmyk*
Peter Cozmyk
COZMYK LAW OFFICES, LLC
6100 Oak Tree Blvd., Ste. 200;
Independence, OH 44131
P: (877) 570-4440;
F: (216) 485-2125;
E: Pcozmyk@cozmyklaw.com
Attorney for Plaintiff, TERESA TOPE

- 2 -

NOTICE OF SETTLEMENT