# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| TERESA TOPE,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br>　　　　Defendant. | Case No.: 2:18-cv-00504<br><br>*ELECTRONICALLY FILED* |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Teresa Tope ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

| | |
|---|---|
| */s/Jeremy Teaberry (with permission)*<br>Jeremy R. Teaberry<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>T: (215) 864-8370<br>F: (215) 864-8999<br>E: teaberryj@ballardspahr.com<br>*COUNSEL FOR DEFENDANT* | */s/ Peter Cozmyk*<br>Peter Cozmyk<br>COZMYK LAW OFFICES, LLC<br>6100 Oak Tree Blvd., Ste. 200<br>Independence, OH 44131<br>P: (877) 570-4440<br>F: (216) 485-2125<br>E: Pcozmyk@cozmyklaw.com<br>*COUNSEL FOR PLAINTIFF* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of June 2019, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

*/s/Jeremy Teaberry (with permission)*
Jeremy R. Teaberry
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
T: (215) 864-8370
F: (215) 864-8999
E: teaberryj@ballardspahr.com
*COUNSEL FOR DEFENDANT*

*/s/ Peter Cozmyk*
Peter Cozmyk
COZMYK LAW OFFICES, LLC
6100 Oak Tree Blvd., Ste. 200
Independence, OH 44131
P: (877) 570-4440
F: (216) 485-2125
E: Pcozmyk@cozmyklaw.com
*COUNSEL FOR PLAINTIFF*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| TERESA TOPE,<br>       Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK(USA), N.A.,<br>       Defendants. | Case No: 2:18-cv-00504<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

**[PROPOSED] ORDER OF DISMISSAL**

Plaintiff, Teresa Tope ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A., ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claim against Defendant are DISMISSED with prejudice.  Each party shall bear their own costs and attorney's fees.

SO ORDERED.


Date: _____  　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Chelsey M. Vascura
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge